**United States District Court for the Southern District of Iowa**

Presiding: Honorable Stephen H. Locher, U.S. District Judge
Criminal No. 4:21-cr-00145-SHL-HCA      :      Clerk's Court Minutes – Plea

_____

| United States of America | : | Gov. Atty(s): Amy L. Jennings |
|---|---|---|
| vs. | : | Def. Atty(s): Alfredo G. Parrish |
|  | : | Court Reporter: Tonya Gerke |
| Michael Allen Darrow, II | : | Interpreter: N/A |

_____

| Date: October 25, 2022 | : | ✔ Indictment    Superseding Indictment    Information |
|---|---|---|
| Time Start: 2:30 p.m. | : | In  1  Count(s) – Code Violation: |
| Time End: 2:56 p.m. | : | Ct 1: 21:841(a)(1), 841(b)(1)(A), 846 Conspiracy to Distribute a Controlled Substance |

   Certified/Language Skilled interpreter sworn
   Consent to magistrate accepted
✔ Defendant sworn
✔ Defendant advised of potential perjury charges
✔ Plea agreement filed/to be filed
   ✔ Defendant understands
   ✔ Defendant agrees
   There is no plea agreement to file
✔ Defendant advised of nature of charges
✔ Defendant advised of elements
✔ Defendant satisfied with attorney
✔ Defendant advised of penalties
   ✔ Maximum fine/incarceration
   ✔ Mandatory minimum fine/incarceration
   Forfeiture/restitution
   ✔ Supervised release
     ✔ Maximum
     ✔ Mandatory minimum
   ✔ Mandatory Special Assessment
✔ No promises made regarding sentence
✔ Defendant advised of sentencing guidelines
✔ Defendant waives rights to jury trial
✔ Defendant advised of right to persist in not guilty plea

   Defendant plea of guilty to Count(s): 1
Court findings:
✔ Factual basis ✔ Voluntariness ✔ Competency to Plea
Court will file a Report and Recommendation that the defendant's plea be accepted as of the date of this hearing
Counsel informed they have 14 days to file any objection to Report and Recommendation
✔ Court accepts plea
   Court rejects plea
Offense Conduct Statement due: November 8, 2022
PSR to be disclosed to counsel: December 27, 2022
Objections to PSR due: January 9, 2023
Applicability of advisory guideline
to the Court due: 10 days before sentencing
Sentencing date: February 22, 2023, at 10:00 a.m.
   Before: The Honorable Stephen H. Locher
   In: Des Moines Courthouse    Rm: 265
Custody status:
✔ Detention
   Bond

_____

Additional Information:

 

/s/ M. Mast
Deputy Clerk