# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　Plaintiff,<br><br>vs.<br><br>**MICHAEL ALLEN DARROW, II,**<br><br>　　Defendant. | **CRIMINAL NO. 4:21-CR-00145**<br><br>**DEFENDANT'S MOTION TO FILE SENTENCING MEMORANDUM AND SENTENCING PACKET UNDER SEAL** |

**COMES NOW** the Defendant, and in support of his motion to file sentencing memorandum and sentencing packet under seal, respectfully states as follows:

1. On November 16, 2021, Mr. Darrow was charged with Count 1: Conspiracy to Distribute a Controlled Substance in violation of Title 21 U.S.C. §§ 846 and 841(b)(1)(A).

2. Counsel filed their appearance to represent Mr. Darrow on August 9, 2022.

3. Defendant's sentencing memorandum and sentencing packet contain confidential information that should not become part of the public case file.

4. Given the nature of the Defendant's sentencing memorandum and sentencing packet, permission is requested to file his sentencing memorandum and sentencing packet under seal.

**WHEREFORE,** Mr. Michael Allen Darrow, II, prays that the court grant his motion to file sentencing memorandum and sentencing packet under seal, issue an order permitting him to do so, and any other relief that is just and equitable under the circumstances.

PARRISH KRUIDENIER DUNN GENTRY
BROWN BERGMANN & MESSAMER L.L.P.

BY: /s/ *Alfredo Parrish*
Alfredo Parrish  AT0006051
2910 Grand Avenue
Des Moines, Iowa 50312
(515) 284-5737
(515) 284-1704 (Fax)
aparrish@parrishlaw.com
**ATTORNEY FOR DEFENDANT**

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by:

| | | | |
|---|---|---|---|
| ( ) | personal service | ( ) | first class mail |
| ( ) | certified mail, return receipt requested | ( ) | facsimile |
| ( ) | Airborne Express (overnight) | (X) | electronic filing |
| | | (X) | e-mail |

on March 21, 2023,
I declare that the statements above are true to the best of my information, knowledge, and belief.

/s/ *Danielle Panameno*

Amy L. Jennings
United States Attorney's Office
110 East Court Avenue, Suite 286
Des Moines, Iowa 50309
515-473-9325
515-473-9292 (Fax)
amy.jennings2@usdoj.gov
**ATTORNEY FOR PLAINTIFF**

Michael Darrow, II
**DEFENDANT**