# United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen H. Locher, U.S. District Judge
Criminal No. 4:21-cr-00145-SHL-HCA   Clerk's Court Minutes – Sentencing

---

UNITED STATES OF AMERICA VS. MICHAEL ALLEN DARROW, II

---

| | |
|---|---|
| Gov. Atty(s): Amy L. Jennings | ✔ Indictment   Superseding Indictment   Information |
| Def. Atty(s): Alfredo G. Parrish | In 1 Count(s) – Code Violation: |
| Court Reporter: Tonya Gerke | Ct 1: 21:841(a)(1), 841(b)(1)(A), 846 Conspiracy to Distribute a Controlled Substance |
| Interpreter: N/A | |

Date: March 28, 2023
Time Start: 11:01 a.m. Time End: 12:02 p.m.

---

✔ Defendant reaffirmed guilty plea to Count(s) 1   :   ✔ Court adopted findings of Final PSR
   Jury   Court guilty verdict to Count(s)         :      Final PSR as amended

**Minutes:**

The defendant is personally present and represented by CJA appointed counsel Alfredo G. Parrish. The government is represented by AUSA Amy L. Jennings. U.S. Probation Officer Catherine Hollinrake is also present. The parties discuss the Presentence Investigation Report (PSR) findings. Neither party objects to the factual findings of the PSR, which the Court adopts. Total Offense Level = 35; Criminal History Category = VI; Guideline Imprisonment Range = 292 to 365 months. Defense presents argument regarding appropriate sentence. The defendant allocutes. Government presents argument regarding appropriate sentence. The Court pronounces sentence. Defendant is advised of appeal rights.

---

**Sentence Imposed:**

The defendant is sentenced to the custody of the BOP for a term of 140 months as to Count 1, which shall be served consecutively to the undischarged terms of imprisonment in the following Iowa District Court cases: Jasper County Case Number FECR020204 and Poweshiek County Case Number FECR010963. Upon release, the defendant shall serve a supervised release term of five years. The defendant shall pay a $100.00 special assessment to the Crime Victims' Fund.

The defendant is remanded to the custody of the U.S. Marshal Service.

/s/ M. Mast
Deputy Clerk